**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| |
|---|
| **AMOS SOUZA SANTOS**, |
| *Petitioner*, |
| v. |
| **J.L. JAMISON, in his official capacity as Warden of Federal Detention Center, Philadelphia, et al.**, |
| *Respondents.* |

**Case No. 2:26-cv-01817-JDW**

## ORDER

**AND NOW**, this 20th day of March, 2026, upon review of Petitioner Amos Souza Santos's Petition For Writ Of Habeas Corpus (ECF No. 1), it is **ORDERED** that, on or before March 23, 2026 at 12:00 p.m., Respondents shall advise me whether they oppose Mr. Santos's Petition and, if so, whether they intend to make any arguments other than those the Government made in *Kashranov v. J.L. Jamison*, Case No. 2:25-cv-05555-JDW, 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025) and *Olimov v. Jamison,* No. 26-cv-532-JDW, 2026 WL 596155 (E.D. Pa. Mar. 3, 2026).

It is **FURTHER ORDERED** that Petitioner's counsel shall serve the Petition and this Order on the Government at the following email addresses: desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov, susan.becker@usdoj.gov, gregory.david@usdoj.gov, mark.sherer@usdoj.gov, daniella.lees@usdoj.gov, mansi.shah@usdoj.gov, and Eric.wolfish@usdoj.gov.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.