IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMOS SOUZA SANTOS**, <br><br> *Petitioner,* <br><br> v. <br><br> **J.L. JAMISON, in his official capacity as Warden of Federal Detention Center, Philadelphia, et al.**, <br><br> *Respondents.* | **Case No. 2:26-cv-01817-JDW** |

## ORDER

**AND NOW**, this 23rd day of March, 2026, upon review of Petitioner Amos Souza Santos's Petition For Writ Of Habeas Corpus (ECF No. 1), and for substantially the same reasons set forth in *Kashranov v. J.L. Jamison*, Case No. 2:25-cv-5555-JDW, 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025) and *Olimov v. Jamison,* No. 26-cv-532-JDW, 2026 WL 596155 (E.D. Pa. Mar. 3, 2026), it is **ORDERED** as follows:

1.    Mr. Souza Santos is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2)(A);

2.    The Government shall **RELEASE** Mr. Souza Santos from custody immediately and certify compliance with this Order by filing on the docket no later than 12:00 p.m. ET on March 24, 2026;

3.    The Government is temporarily enjoined from re-detaining Mr. Souza Santos for seven days following his release from custody;

4.      If the Government chooses to pursue re-detention of Mr. Souza Santos after that seven-day period, then it must first provide him with a bond hearing, at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings; and

5.      Pending the ordered bond hearing, the Government cannot remove, transfer, or otherwise facilitate the removal of Mr. Souza Santos from the Eastern District of Pennsylvania before the ordered bond hearing for any purpose other than facilitating his return home. If the immigration judge determines that Mr. Souza Santos is subject to detention under 8 U.S.C. § 1226(a), then the Government may request permission from me to move Mr. Souza Santos if unforeseen or emergency circumstances arise that require him to be removed from the District. Any such request must include an explanation for the request as well as a proposed destination. I will then determine whether to grant the request and permit transfer of Mr. Souza Santos.

The Clerk Of Court shall mark this case closed.

**BY THE COURT:**

_/s/ Joshua D. Wolson_
JOSHUA D. WOLSON, J.